UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCOZA, et al.,<br><br>Defendants. | Case No. 24-cv-03007-EMC<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Docket Nos. 29, 42 |

Currently pending before the Court is Judge Beeler's report and recommendation (Docket No. 42) on Plaintiffs' motion for default judgment (Docket No. 29). No objections to the R&R were filed, even though Plaintiffs served a copy of the R&R on Defendants via email and mail. *See* Docket Nos. 44-45 (proofs of service). The motion for default judgment was also served on Defendants via email and mail. *See* Docket Nos. 34-35 (proofs of service).

The Court has reviewed the R&R and finds it thorough, well reasoned, and correct and, therefore, adopts it in its entirety. Accordingly, Plaintiffs' motion for default judgment is **GRANTED**.

- The Court awards Plaintiffs $21,398.49 in monetary relief (consisting of liquidated damages in the amount of $2,156.94; interest in the amount of $1,007.34; and attorneys' fees and costs in the amount of $18,234.21).

/ / /

/ / /

/ / /

/ / /

- In addition, the Court orders Defendants to comply with an audit of their payroll records from July 1, 2023, through June 30, 2023. If, after the audit has taken place, Plaintiffs discover that there are additional monies owed, they may move to alter or amend the judgment.

The Court instructs the Clerk of the Court to enter a final judgment in accordance with this order and close the file in this case.

**IT IS SO ORDERED**.

Dated: June 3, 2025

_____
EDWARD M. CHEN
United States District Judge

2